**SO ORDERED.**

**SIGNED this 5th day of June, 2019.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SLANE MARINE, INC. | ) | Case No. 17-10124 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING APPLICATION BY MARINE TOOLING TECHNOLOGY, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

This matter came on for hearing before the above-signed United States Bankruptcy Judge on June 4, 2019, to consider the Application by Marine Tooling Technology, Inc. for Allowance of Administrative Expense Claim [DOC# 222] (the "Application") filed by Marine Tooling Technology, Inc. on April 30, 2019.  Appearing at the hearing were Daniel C. Bruton as counsel for Marine Tooling Technology, Inc., James C. Lanik as the Chapter 7 trustee, and William P. Miller as the United States Bankruptcy Administrator.  No party in interest filed an objection to the Application and no party in interest objected to the Application at the hearing.  Based on the Application and the entire official file, the Court finds good and sufficient cause to approve the Application and to grant Marine Tooling Technology, Inc. an allowed Chapter 11 administrative priority expense claim in the amount of $2,700.00, pursuant to Section 503(b)(1) of the Bankruptcy Code.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Application is approved and that Marine Tooling Technology, Inc. is granted an allowed Chapter 11 administrative expense priority claim in the amount of $2,700.00, pursuant to Section 503(b)(1) of the Bankruptcy Code.

END OF DOCUMENT

Parties to be served with Order:

James C. Lanik
Waldrep LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104

William P. Miller
US Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Bryant T. Aldridge, Jr.
PO Box 5006
High Point, NC 27262