# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-10124  
**Case Name:** SLANE MARINE, INC.  
**For Period Ending:** 09/30/2021

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/01/2017 (c)  
**§ 341(a) Meeting Date:** 02/27/2017  
**Claims Bar Date:** 09/16/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property Formally Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Account at BB&T Checking, xxxxxx8084 | 480.58 | 480.58 | | 170.28 | FA | 0.00 | 0.00 |
| 2 | Account at BB&T Escrow, xxxxxx8726 | 65.62 | 65.62 | | 65.62 | FA | 0.00 | 0.00 |
| 3 | Piedmont Natural Gas for Dorris Ave. | 411.00 | 411.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | A/R 90 days old or less. Face amount = $1400. Doubtful/Uncollectible accounts = $0. | 1,400.00 | 1,400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | A/R 90 days old or less. Face amount = $21.52. Doubtful/Uncollectible accounts = $0. | 21.52 | 21.52 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | A/R 90 days old or less. Face amount = $480.38. Doubtful/Uncollectible accounts = $480.38. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | A/R Over 90 days old. Face amount = $226030.43.Doubtful/Uncollectible accounts = $226030.43. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | A/R Over 90 days old. Face amount = $15701.91.Doubtful/Uncollectible accounts = $15701.91. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | A/R Over 90 days old. Face amount = $4204.74.Doubtful/Uncollectible accounts = | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | A/R Over 90 days old. Face amount = $3359.36.Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | A/R Over 90 days old. Face amount = $269.11.Doubtful/Uncollectible accounts = | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | A/R Over 90 days old. Face amount = $209.09.Doubtful/Uncollectible accounts = | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | A/R Over 90 days old. Face amount = $240.83.Doubtful/Uncollectible accounts = $0. | 240.83 | 240.83 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | A/R Over 90 days old. Face amount = $74729.51.Doubtful/Uncollectible accounts = $74729.51. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | A/R Over 90 days old. Face amount = $139.72.Doubtful/Uncollectible accounts = $0. | 139.72 | 139.72 | | 0.00 | FA | 0.00 | 0.00 |
| 16 | Raw Materials: Misc. Inventory, , Net Book Value: , Valuation Method: | 41,021.21 | 41,021.21 | | 0.00 | FA | 0.00 | 0.00 |
| 17 | Work in progress: Work in progress, , Net Book Value: , Valuation Method: | 48,182.92 | 48,182.92 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | Finished goods: 2 sets @ 43/45 vents 1 set @ old 45 vents, 10/20/2016, Net Book Value: , Valuation Method: Comparable sale | 8,550.00 | 8,550.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | Office furniture. Valuation Method: Recent cost | 7,319.50 | 7,319.50 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | Computers and software. Valuation Method: | 2,764.00 | 2,764.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | Dixie trailer DXE 1579 SF484 1984 SuperSkier 1NSBM15AXE1000463. Valuation Method: Recent cost | 5,000.00 | 5,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | 62 yacht molds. Valuation Method: Recent cost<br><br>Order approving private sale of boat molds to Matthews Specialty Vehicles entered on 10/17/19, Doc #246. | 575,316.86 | 575,316.86 | | 69,700.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 17-10124  
**Case Name:** SLANE MARINE, INC.  
**For Period Ending:** 09/30/2021

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 02/01/2017 (c)  
**§ 341(a) Meeting Date:** 02/27/2017  
**Claims Bar Date:** 09/16/2018

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 23 | New Build for sale - unfinished 62' yacht. Valuation Method: Recent cost. Order approving private sale of 62' unfinished yacht to Matthews Specialty Vehicles entered on 10/17/19, Doc #246. | 1,125,592.79 | 1,125,592.79 | | 135,300.00 | FA | 0.00 | 0.00 |
| 24 | Vacsystem, Time clock, Chopper Gun, Computers. Valuation Method: Recent cost | 13,063.21 | 13,063.21 | | 0.00 | FA | 0.00 | 0.00 |
| 25 | Boat designs?. Valuation Method: | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26 | slanemarine.com slane62.com. Valuation Method: | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27 | Net operating losses, Tax Year 2014 | 747,175.00 | 747,175.00 | | 0.00 | FA | 0.00 | 0.00 |
| 28 | Alex Chervinsky Coast Guard Lein against 36, lien. Amount Requested: $226030.43 | 226,030.43 | 226,030.43 | | 0.00 | FA | 0.00 | 0.00 |
| 29* | Transferred Funds from Chap 11 (u). Transferred Funds from Chap 11 (See Footnote) | 5,230.97 | 5,230.97 | | 5,230.97 | FA | 0.00 | 0.00 |
| 30 | Iron Horse Auction Proceeds | 0.00 | 0.00 | | 57,927.20 | FA | 0.00 | 0.00 |
| **30** | **Assets Totals (Excluding unknown values)** | **$2,808,006.16** | **$2,808,006.16** | | **$268,394.07** | **$0.00** | **$0.00** | **$0.00** |

RE PROP# 29    Transferred Funds from Chap 11

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

15th QSR. Case converted to Chapter 11 on 4/17/18. Case converted back to Chapter 7 on 4/15/19. Final report and final fee apps forwarded to BA's office for review.

Bank account opened.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017    **Current Projected Date Of Final Report (TFR):** 10/31/2021

10/09/2021  
Date

/s/James Lanik  
James Lanik

Copy Served On: Mr. William P. Miller  
Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-10124 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | SLANE MARINE, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0848 | Account #: | ******1500 Checking |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/15/17 | {1} | BB&T | Bank Acct Close Out Funds | 1129-002 | 170.28 | | 170.28 |
| 03/15/17 | {2} | BB&T | Bank Acct Close Out Funds | 1129-002 | 65.62 | | 235.90 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 225.90 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 215.90 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 205.90 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 195.90 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 185.90 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 175.90 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 165.90 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 155.90 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 145.90 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 135.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 125.90 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 115.90 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 105.90 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 95.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 85.90 |
| 08/21/18 | 101 | James C. Lanik, Chapter 11 Trustee | Transfer of funds from Chapter 7 bank account to Chapter 11 bank account.  Per BA and Trustee on 8/21/18. | 2990-000 | | 85.90 | 0.00 |

|  | COLUMN TOTALS | 235.90 | 235.90 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | Subtotal | 235.90 | 235.90 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $235.90 | $235.90 | |

{ } Asset Reference(s)                                                                                                                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-10124 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | SLANE MARINE, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0848 | Account #: | ******0327 Checking |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/23/19 | {29} | James C Lanik | Transferred Chap 11 Funds | 1290-000 | 5,230.97 | | 5,230.97 |
| 04/29/19 | 701 | City of High Point | Account #55286, Billing date 4/5/19 | 2420-000 | | 206.99 | 5,023.98 |
| 04/29/19 | 702 | Piedmont Natural Gas Co | Account #*********5003, Billing Date of 4/10/19 | 2420-000 | | 68.23 | 4,955.75 |
| 04/29/19 | 703 | U.S. Bankruptcy Court Clerk | Payment of Chapter 11 1st Quarter 2019 Fees - Filed on April 22, 2019, Doc #219 | 2700-000 | | 325.00 | 4,630.75 |
| 05/20/19 | 704 | Piedmont Natural Gas Co | Account #*********5003, Billing Date of 5/09/19 | 2420-000 | | 25.90 | 4,604.85 |
| 05/20/19 | 705 | City of High Point | Account #55286, Billing date 5/10/19 | 2420-000 | | 231.74 | 4,373.11 |
| 06/24/19 | 706 | City of High Point | Account #55286, Billing date 6/19/19 | 2420-000 | | 225.55 | 4,147.56 |
| 08/03/19 | 707 | City of High Point | Account #55286, Billing date 7/12/19 | 2420-000 | | 225.55 | 3,922.01 |
| 09/18/19 | 708 | City of High Point | Account #55286, Billing date 9/09/19 - 2 months | 2420-000 | | 451.10 | 3,470.91 |
| 10/21/19 | 709 | City of High Point | Account #55286, Billing date 10/09/19 | 2420-000 | | 275.63 | 3,195.28 |
| 10/28/19 | | Matthews Specialty Vehicles | Wire payment for private sale of partially completed 62' boat and all boat molds. Order approving sale entered October 17, 2019, Doc #246. | | 205,000.00 | | 208,195.28 |
| | {22} | | Order approving sale of BOAT MOLDS 10/17/19, Doc #246     $69,700.00 | 1129-000 | | | |
| | {23} | | Order approving sale of 62' YACHT 10/17/19, Doc #246     $135,300.00 | 1129-000 | | | |
| 12/02/19 | 710 | City of High Point | Account #55286, Billing date 11/08/19 | 2420-000 | | 245.63 | 207,949.65 |
| 12/19/19 | 711 | 2100 East MLK Drive, LLC | Settlement of storage claim approved by order 12/19/19, Doc #275 | 2420-000 | | 25,000.00 | 182,949.65 |
| 12/27/19 | 712 | City of High Point | Account #55286, Billing date 12/09/19 | 2420-000 | | 245.63 | 182,704.02 |
| 01/24/20 | 713 | City of High Point | Account #55286, Billing date 1/09/2020 | 2420-000 | | 227.41 | 182,476.61 |
| 01/29/20 | 714 | Alex Chervinsky | Settlement payment per order entered 1/20/2020 Doc #296. | 7200-000 | | 75,000.00 | 107,476.61 |
| 01/30/20 | 715 | Marine Tooling Technology, Inc. | Payment of Claim #2 - Secured Claim for Boat Storage - Order directing payment 1/30/2020, Doc #299 | 4110-000 | | 12,133.31 | 95,343.30 |
| 02/13/20 | 716 | City of High Point | Account #55286, Billing date 2/10/2020 | 2420-000 | | 254.15 | 95,089.15 |
| 02/19/20 | 717 | Piedmont Natural Gas Co | Account #*********5003, Billing Date of 2/11/20 | 2420-000 | | 277.34 | 94,811.81 |
| 03/06/20 | 718 | International Sureties, Ltd. | Payment for Bond #016036434, James Lanik Trustee, 3/1/20 to 3/1/21 | 2300-000 | | 61.14 | 94,750.67 |
| 03/24/20 | {30} | Iron Horse Auction Co, Inc | Tax Return 2019: Fed. | 1129-000 | 57,927.20 | | 152,677.87 |

Page Subtotals:     $268,158.17     $115,480.30

{ } Asset Reference(s)                                           ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 17-10124 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | SLANE MARINE, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0848 | Account #: | ******0327 Checking |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 97.37 | 152,580.50 |
| 04/23/20 | 719 | City of High Point | Account #55286, Billing date 3/10/2020 & 4/7/2020 Voided on 04/29/2020 | 2420-004 | | 394.06 | 152,186.44 |
| 04/29/20 | 719 | City of High Point | Account #55286, Billing date 3/10/2020 & 4/7/2020 Voided: check issued on 04/23/2020 | 2420-004 | | -394.06 | 152,580.50 |
| 04/29/20 | 720 | City of High Point | Account #55286, Billing date 3/10/2020 & 4/7/2020 | 2420-000 | | 394.06 | 152,186.44 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 243.87 | 151,942.57 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 234.86 | 151,707.71 |
| 06/02/20 | 721 | City of High Point | Account #55286, Billing date 5/7/2020 | 2420-000 | | 233.48 | 151,474.23 |
| 06/02/20 | 722 | Iron Horse Auction Company, Inc. | Invoice dated 3/12/20. Order approving entered 6/1/20, Doc #308 | | | 10,555.70 | 140,918.53 |
| | | Iron Horse Auction Company, Inc. | Auctioneer FEES, approved 6/1/20, #308   $7,555.70 | 3610-000 | | | |
| | | Iron Horse Auction Company, Inc. | Auctioneer EXPENSES, approved 6/1/20, #308   $3,000.00 | 3620-000 | | | |
| 06/14/20 | 723 | City of High Point | Account #55286, Billing date 6/5/2020 | 2420-000 | | 190.96 | 140,727.57 |
| 06/14/20 | 724 | Piedmont Natural Gas Co | Account #*********5003, Billing Date of 5/11/20 | 2420-000 | | 263.69 | 140,463.88 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 244.17 | 140,219.71 |
| 07/21/20 | 725 | City of High Point | Account #55286, Billing date 7/8/2020 | 2420-000 | | 160.58 | 140,059.13 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 231.59 | 139,827.54 |
| 08/18/20 | 726 | City of High Point | Account #55286, Billing date 8/10/2020 | 2420-000 | | 227.41 | 139,600.13 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 216.00 | 139,384.13 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 237.66 | 139,146.47 |
| 10/06/20 | 727 | Trusteed Services, LLC | Invoice dated 9/30/20. Destruction of records, approved by order 8/19/20, Doc #317. | 2420-000 | | 456.00 | 138,690.47 |
| 10/06/20 | 728 | City of High Point | Account #55286, Billing date 9/08/2020 | 2420-000 | | 169.10 | 138,521.37 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 222.16 | 138,299.21 |
| 11/13/20 | 729 | Piedmont Natural Gas Co | Account #*********5004 - FINAL BILL - 646 McWay Drive service location | 2420-000 | | 117.70 | 138,181.51 |
| 11/13/20 | 730 | City of High Point | Account #55286 - 646 McWay Drive | 2420-000 | | 257.97 | 137,923.54 |

Page Subtotals: $0.00   $14,754.33

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 17-10124 | Trustee Name: | James Lanik (530270) |
| --- | --- | --- | --- |
| Case Name: | SLANE MARINE, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0848 | Account #: | ******0327 Checking |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 213.54 | 137,710.00 |
| 12/08/20 | 731 | City of High Point | Account #55286 - 646 McWay Drive - FINAL BILL as of 12/2/20 | 2420-000 | | 255.62 | 137,454.38 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 241.92 | 137,212.46 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 212.56 | 136,999.90 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 204.93 | 136,794.97 |
| 03/09/21 | 732 | International Sureties, Ltd. | Bond #016036434 - Blanket Bond 3/1/21 thru 3/1/22 | 2300-000 | | 99.01 | 136,695.96 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 241.17 | 136,454.79 |
| 04/26/21 | 733 | U.S. Bankruptcy Court Clerk | Chapter 11 Qtrly Fees for April--June 2019 2nd Qtr - Dkt. 237 | 2700-000 | | 325.00 | 136,129.79 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 218.85 | 135,910.94 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 203.58 | 135,707.36 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 239.25 | 135,468.11 |
| 07/22/21 | 734 | Edward P. Bowers | Payment for Accounting Fees/Expenses Invoice #0013254-IN Dated 11/09/18 - First Chapter 7 | | | 5,032.75 | 130,435.36 |
| | | Edward P. Bowers | Accountant FEES approved 1/22/19, Dkt 190 $4,906.00 | 3410-000 | | | |
| | | Edward P. Bowers | Accountant EXPENSES approved 1/22/19, Dkt 190 $126.75 | 3420-000 | | | |
| 07/22/21 | 735 | Edward P. Bowers | Payment for Accounting Fees/Expenses Invoice #0013238-IN Dated 4/25/19 - Chapter 11 | | | 868.78 | 129,566.58 |
| | | Edward P. Bowers | Accountant FEES approved 7/21/21, Dkt 351 $820.50 | 6410-000 | | | |
| | | Edward P. Bowers | Accountant EXPENSES approved 7/21/21, Dkt 351 $48.28 | 6420-000 | | | |
| 07/22/21 | 736 | Edward P. Bowers | Payment for Accounting Fees/Expenses Invoice #I-134 Dated 4/26/21 - Second Chapter 7 | | | 3,858.65 | 125,707.93 |
| | | Edward P. Bowers | Accountant FEES approved 7/21/21, Dkt 353 $3,854.45 | 3410-000 | | | |
| | | Edward P. Bowers | Accountant EXPENSES approved 7/21/21, Dkt 353 $4.20 | 3420-000 | | | |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 215.55 | 125,492.38 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 214.53 | 125,277.85 |

Page Subtotals: $0.00  $12,645.69

{ } Asset Reference(s)                                                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 17-10124 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | SLANE MARINE, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0848 | Account #: | ******0327 Checking |
| For Period Ending: | 09/30/2021 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 268,158.17 | 142,880.32 | $125,277.85 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 268,158.17 | 142,880.32 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $268,158.17 | $142,880.32 | |

{ } Asset Reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| | | | |
|---|---|---|---|
| **Case No.:** | 17-10124 | **Trustee Name:** | James Lanik (530270) |
| **Case Name:** | SLANE MARINE, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0848 | **Account #:** | ******0327 Checking |
| **For Period Ending:** | 09/30/2021 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $268,394.07 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $235.90 |
| Net Estate: | $268,158.17 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1500 Checking | $235.90 | $235.90 | $0.00 |
| ******0327 Checking | $268,158.17 | $142,880.32 | $125,277.85 |
| | **$268,394.07** | **$143,116.22** | **$125,277.85** |

| | |
|---|---|
| 10/09/2021 | /s/James Lanik |
| Date | James Lanik |